UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

THE MORGAN CENTER, INC.

Debtor.

CASE NO. 19-13278-BFK

CHAPTER 7

**SUPPLEMENTAL RESPONSE IN OPPOSTION
TO MICHAEL HANDBERG'S OBJECTION TO
CLAIM OF CAMPBELL FLANNERY, PC**

COMES NOW Campbell Flannery, PC, ("CF") by counsel, and for its Supplemental Response in Opposition to Michael Handberg's ("Handberg") Objection to Claim of Campbell Flannery, PC, states as follows:

1. Exhibit A (CF 0001-0021) to the Response filed by CF on June 10, 2020 comprised of the engagement agreement, assignment agreement and invoices reflecting the services provided by CF.

2. The engagement agreement contemplated two separate scopes of work – (1) responding to an appeal on behalf of Dr. Goldberg before the Virginia Supreme Court ("Appeal"); and (2) defending the new "Fairfax Litigation." The Fairfax Litigation was a claim by Handberg against The Morgan Center, Inc. ("TMC") and Northern Virginia Advocacy and Counseling Services, Inc. ("NVACS").

3. Invoices (CF 0005-0021) total $112,857.24. Fees and costs associated with defending the appeal to the Virginia Supreme Court total $34,434.13.

4. In preparing its Proof of claim CF mistakenly included the costs of the transcripts for the Appeal in the amount of $2,332.50 (See CF 0006). Consequently, CF's amended claim is $78,423.11. For the Court's reference, entries for fees and costs associated with the Appeal are highlighted in the invoices attached hereto.

WHEREFORE CAMPBELL FLANNERY, PC, by counsel, respectfully requests this Court enter an Order overruling Michael Handberg's Objection to its Proof of Claim; and such further relief as this Court deems appropriate.

**CAMPBELL FLANNERY, PC**
**By Counsel**

___/s/ James P. Campbell_____
James P. Campbell, Esq. (VSB #25097)
CAMPBELL FLANNERY, P.C.
1602 Village Market Blvd. #220
Leesburg, VA 20175
(703) 771-8344 telephone
(703) 771-1485 facsimile
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that service of a true copy of the foregoing has been made as follows:

| | |
|---|---|
| Type of Service: | Electronic Mail via ECF through the United State Bankruptcy Court and First Class Mail |
| Date of Service: | June 25, 2020 |
| Persons served and address: | Kevin M. O'Donnell, Esq.<br>Jeffery T. Martin, Jr., Esq.<br>Henry & O'Donnell, P.C.<br>300 N. Washington Street, Suite 204<br>Alexandria, Virginia 22314<br><br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, Virginia  22314<br><br>Ann E. Schmitt (VSB #22030)<br>Culbert & Schmitt, PLLC<br>40834 Graydon Manor Lane<br>Leesburg, Virginia  20175 |
| Item Served: | Supplemental Response in Opposition to Michael Handberg's Objection to Claim of Campbell Flannery, PC |

<u>James P. Campbell</u>
James P. Campbell

## CAMPBELL FLANNERY, PC
### 1602 Village Market Boulevard, Suite 225
### Leesburg, VA 20175
Ph:703-771-8344                Fax:703-771-8345

Jon & Felicia Goldberg                **PREBILL**                October 2, 2019
100 West Main Street #3
Berryville, VA 22611

File #:    1278-001
Inv #:     Sample

*HB = $32,885.41*

**RE:**    v. Michael Handberg

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Sep-03-19 | JPC | Calendar Control; Update Discovery Production | 1.10 | $500.00 | 550.00 |
| Sep-05-19 | JPC | Conference with Clients; Trial Preparation | 1.20 | $500.00 | 600.00 |
|  | SLP | prepare exhibits and witness lists; finalize and forward to court and opposing counsel | 1.10 | $175.00 | 192.50 |
| Sep-06-19 | SLP | amend exhibit list; forward to court an opposing counsel | 0.60 | $175.00 | 105.00 |
| Sep-10-19 | MLC | Review and Respond to Email from Opposing Counsel | 0.10 | $350.00 | 35.00 |
| Sep-12-19 | MLC | Conference with Jim and Trial Preparation; Revise Protective Order | 0.70 | $350.00 | 245.00 |
| Sep-13-19 | MLC | Draft Response in opposition to Motion to Quash; Travel to and from the Circuit Court; Attend Hearing on Motion to Compel/Motion to Terminate Deposition; Email to Opposing Counsel | 3.90 | $350.00 | 1,365.00 |
| Sep-16-19 | JPC | Teleconference with Clients | 0.90 | $500.00 | 450.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | JPC | Prepare Objections to Exhibits | 1.60 | $500.00 | 800.00 |
|  | JPC | Review Exhibits; Draft Objections to Plaintiff's Exhibits | 2.20 | $500.00 | 1,100.00 |
|  | MLC | Trial Preparation; Conference with Client | 1.40 | $350.00 | 490.00 |
| Sep-17-19 | MLC | Review Objections to Exhibits | 0.30 | $350.00 | 105.00 |
| Sep-19-19 | MLC | Draft Trial Memorandum; Prepare for Trial | 8.30 | $350.00 | 2,905.00 |
| Sep-21-19 | MLC | Draft Motion to Reconsider re Res Judicata and Trial Memorandum | 6.80 | $350.00 | 2,380.00 |
| Sep-22-19 | JPC | Trial Prep | 1.80 | $500.00 | 900.00 |
|  | MLC | Draft Motion to Reconsider re Res Judicata and Trial Memorandum | 5.60 | $350.00 | 1,960.00 |
| Sep-23-19 | JPC | Travel to Court and Prepare for Trial | 2.30 | $500.00 | 1,150.00 |
|  | JPC | Attend Trial and Return Travel | 5.40 | $500.00 | 2,700.00 |
|  | MLC | Prepare for Trial; Travel to and from Trial; Attend Trial | 10.00 | $350.00 | 3,500.00 |
| Sep-24-19 | JPC | Travel to and Attend Trial | 7.80 | $500.00 | 3,900.00 |
|  | MLC | Prepare for Trial; Travel to and from Trial; Attend Trial | 10.00 | $350.00 | 3,500.00 |
| Sep-25-19 | JPC | Post-Trial Conference with Mr. Rogan and Mr. Clark | 1.20 | $500.00 | 600.00 |
|  | MLC | Email to Clients; Conference with Jim and Chris Rogan; Conference with Jim and Suzy | 2.90 | $350.00 | 1,015.00 |
| Sep-26-19 | JPC | Review and Edit Post-Trial Memo | 0.40 | $500.00 | 200.00 |
|  | MLC | Draft Post-Trial Memorandum of Law; Draft Letter to Chambers | 1.60 | $350.00 | 560.00 |
|  | Totals |  | 79.20 |  | $31,307.50 |

**DISBURSEMENTS**

|           |                                                                |            |
|-----------|----------------------------------------------------------------|------------|
|           | Filing Fee                                                     | 26.50      |
| Aug-20-19 | Court reporter - Veteran Reporters                             | 1,071.40   |
| Aug-28-19 | Costs advanced - Casamo Court Reporting - Copy of Transcript   | 336.95     |
| Sep-03-19 | Federal Express on 8/29/19 to Clerk, Fairfax County            | 19.32      |
| Sep-10-19 | Federal Express on 9/5/19 to Clerk, Fairfax County             | 19.37      |
| Sep-17-19 | Federal Express on 9/6/19 to Clerk, Fairfax County             | 19.37      |
| Sep-20-19 | Costs advanced - Cavalier CPS                                  | 85.00      |
|           | Totals                                                         | $1,577.91  |
|           | **Total Fee & Disbursements**                                  | $32,885.41 |
|           | Previous Balance                                               | 79,223.09  |
|           | **Balance Now Due**                                            | $112,108.50 |

# CAMPBELL FLANNERY, PC
1602 Village Market Boulevard, Suite 225
Leesburg, VA 20175

Ph:703-771-8344          Fax:703-771-8345

Jon & Felicia Goldberg                                      January 8, 2019
100 West Main Street #3
Berryville, VA 22611

File #:    1278-001
Inv #:     1223

$450 = HB

**RE:**  v. Michael Handberg

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Dec-05-18 | SLP | Review Pleadings; Letter to Duff | 0.30 | $175.00 | 52.50 |
| Dec-06-18 | JPC | Teleconference with Chris and Jon | 0.20 | $500.00 | 100.00 |
| | JPC | Teleconference with Mr. Rogan | 0.40 | $500.00 | 200.00 |
| Dec-07-18 | JPC | Review of Opposition to Petition for Appeal | 0.60 | $500.00 | 300.00 |
| Dec-10-18 | SLP | Draft Motion to Extend; Research Rules | 0.70 | $175.00 | 122.50 |
| | SLP | Arrange for Trial Transcripts | 0.30 | $175.00 | 52.50 |
| Dec-12-18 | JPC | Review of Trial Transcript | 0.80 | $500.00 | 400.00 |
| Dec-13-18 | JPC | Court Appearance for Scheduling | 0.90 | $500.00 | 450.00 |
| Dec-14-18 | JPC | Teleconference with Dave Robelen; Letter to Clerk | 0.20 | $500.00 | 100.00 |
| | JPC | Teleconference with Chris Rogan and Clients re Status of Supreme Court Brief | 0.20 | $500.00 | 100.00 |
| Dec-16-18 | JPC | Review and Edit Brief in Support of Plea in Bar | 1.10 | $500.00 | 550.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dec-26-18 | JPC | Review Highland 1 & 2 for Appreciation to the Facts | 1.20 | $500.00 | 600.00 |
| | JPC | Review of Trial Transcript | 0.80 | $500.00 | 400.00 |
| Dec-31-18 | JPC | Review of 2/22 and 2/23 Trial Transcripts | 2.20 | $500.00 | 1,100.00 |
| | JPC | Conference with Chris Rogan | 0.70 | $500.00 | 350.00 |
| | | Totals | 10.60 | | $4,877.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Dec-10-18 | Costs advanced - Casamo & Associates | 417.00 |
| | Court reporter - Veteran Reporter Transcript (Trial) | 1,058.50 |
| Jan-03-19 | Court reporter - Veteran Reporters Transcript (Hearing) | 857.00 |
| | Totals | $2,332.50 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$7,210.00** |
| Trust Transferred at Billing | 1,445.00 |
| **Balance Now Due** | **$5,765.00** |

**PAYMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| Jan-08-19 | Payment for invoice: 1223 | 1,445.00 |
| | **Total Payments** | **$1,445.00** |

Invoice #: 1223

January 8, 2019

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Dec-11-18 | Received From: Jon & Felicia Goldberg<br>Payment by check - thank you |  | 1,445.00 |
| Jan-08-19 | Paid To: CAMPBELL FLANNERY, PC<br>Payment for invoice: 1223 | 1,445.00 |  |
|  | Total Trust | $1,445.00 | $1,445.00 |
|  | **Trust Balance** |  | $0.00 |

# CAMPBELL FLANNERY, PC
1602 Village Market Boulevard, Suite 225
Leesburg, VA 20175

Ph:703-771-8344          Fax:703-771-8345

Jon & Felicia Goldberg
100 West Main Street #3
Berryville, VA 22611

March 6, 2019

$3600 = HB

File #:    1278-001
Inv #:       1401

**RE:**   v. Michael Handberg

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Jan-09-19 | JPC | Draft Brief in Opposition | 2.10 | $500.00 | 1,050.00 |
| Jan-10-19 | SLP | Edit Brief in Opposition | 0.90 | $175.00 | 157.50 |
| Jan-11-19 | SLP | Edit Brief in Opposition | 1.20 | $175.00 | 210.00 |
| Jan-14-19 | MLC | Research Law re Waiver of Arguments on Appeal | 1.10 | $350.00 | 385.00 |
| Jan-15-19 | MLC | Research VA Law Regarding Waiver of Objections to Jury Instructions and Draft Memorandum and Rule Block Summarizing Research Findings; Conference with Jim Discussing Legal Theories to Raise on Appeal | 4.50 | $350.00 | 1,575.00 |
| | SLP | Edit Brief | 0.90 | $175.00 | 157.50 |
| Jan-16-19 | JPC | Research, Draft and Edit Opposition Brief | 6.20 | $500.00 | 3,100.00 |
| | JPC | Research, Draft and Edit Opposition Brief | 5.10 | $500.00 | 2,550.00 |
| | MLC | Review Draft Appellee's Brief; Conferences with Jim; Revise Draft Appellee's Brief | 2.10 | $350.00 | 735.00 |
| | SLP | Teleconference with Chris Rogan | 0.10 | $175.00 | 17.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SLP | Edit Brief | 1.60 | $175.00 | 280.00 |
| Jan-17-19 | JPC | Research, Draft and Edit Opposition Brief | 4.20 | $500.00 | 2,100.00 |
| Jan-18-19 | JPC | Research and Edit Opposition Brief on Appeal | 6.30 | $500.00 | 3,150.00 |
| | JPC | Review Transcript and Edit Appeal Brief | 3.20 | $500.00 | 1,600.00 |
| | MLC | Conference with Jim; Review Handberg's Brief; Review and Revise Appellee's Brief | 3.10 | $350.00 | 1,085.00 |
| | SLP | Edit Brief | 5.20 | $175.00 | 910.00 |
| Jan-19-19 | SLP | Edit Brief | 1.80 | $175.00 | 315.00 |
| Jan-20-19 | JPC | Review and Edit Appeal Brief | 2.70 | $500.00 | 1,350.00 |
| | SLP | Review Transcript; Edit Brief | 3.40 | $175.00 | 595.00 |
| Jan-21-19 | JPC | Final Research Review of the Record and Edits to Appeal Brief | 3.30 | $500.00 | 1,650.00 |
| | MLC | Review and Respond to Email from Rogan; Conference with Jim and John; Conference with Jim and Rogan; Review Transcript, Review Hyland | 2.50 | $350.00 | 875.00 |
| | SLP | Final Edits to Brief; Email Printer | 1.80 | $175.00 | 315.00 |
| Jan-22-19 | JPC | Final Edits to Appeal Brief | 0.60 | $500.00 | 300.00 |
| | JPC | Conference Call with Matthew Lee and Chris Rogan re Fairfax State Court | 0.30 | $500.00 | 150.00 |
| | JPC | Teleconference with Chris Rogan | 0.40 | $500.00 | 200.00 |
| | JPC | Teleconference with Mr. Rogan and Jon and Felicia Goldberg | 0.30 | $500.00 | 150.00 |
| | MLC | Review Appellate Brief | 0.80 | $350.00 | 280.00 |
| | SLP | Emails to/from Lex Group | 0.40 | $175.00 | 70.00 |
| Jan-23-19 | JPC | Preparation for Hearing in Fairfax | 1.30 | $500.00 | 650.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jan-24-19 | JPC | Preparation for and Attend Hearing | 3.50 | $500.00 | 1,750.00 |
| | JPC | Return Travel | 0.50 | $500.00 | 250.00 |
| Feb-05-19 | MLC | Review Handberg's Appellate Reply Brief | 0.20 | $350.00 | 70.00 |
| Feb-09-19 | JPC | Teleconference with Mr. Rogan | 0.60 | $500.00 | 300.00 |
| | JPC | Teleconference with Mr. Rogan, Dr. and Mrs. Goldberg | 0.30 | $500.00 | 150.00 |
| | | Totals | 72.50 | | $28,482.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jan-01-19 | Federal Express on 12/14/18 to Supreme Court of Virginia | 33.11 |
| Jan-31-19 | Costs advanced to The Lex Group | 657.87 |
| | Totals | $690.98 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$29,173.48** |
| Previous Balance | 5,765.00 |
| Payments (See Details Below) | 887.50 |
| **Balance Now Due** | **$34,050.98** |

## PAYMENT DETAILS

| Date | Description | Amount |
|---|---|---|
| Jan-14-19 | Payment by check - thank you | 887.50 |
| | **Total Payments** | **$887.50** |

# CAMPBELL FLANNERY, PC
1602 Village Market Boulevard, Suite 225
Leesburg, VA 20175

Ph:703-771-8344          Fax:703-771-8345

Jon & Felicia Goldberg
100 West Main Street #3
Berryville, VA 22611

August 5, 2019

*$20,957.70 = HB*

File #:       1278-001
Inv #:        1811

**RE:**    v. Michael Handberg

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Mar-01-19 | JPC | Email to Clients re Next Steps | 0.30 | $500.00 | 150.00 |
| | JPC | Travel to and Return from Court | 1.10 | $500.00 | 550.00 |
| | JPC | Court Appearance | 0.80 | $500.00 | 400.00 |
| Mar-04-19 | JPC | Review of Documents from Client | 0.40 | $500.00 | 200.00 |
| | JPC | Teleconference with Clients and Chris Rogan | 1.40 | $500.00 | 700.00 |
| Mar-12-19 | MLC | Research Law re Orders that are Void Ab Initio vs. Orders that are Voidable | 0.50 | $350.00 | 175.00 |
| Mar-13-19 | JPC | Teleconference with Mr. Petersen | 0.20 | $500.00 | 100.00 |
| | JPC | Review of 330 f. 3d875 and Conference Call with Mr. Rogan | 0.40 | $500.00 | 200.00 |
| | JPC | Prepare Answer | 0.60 | $500.00 | 300.00 |
| Mar-14-19 | JPC | Conference wtih Clients | 2.40 | $500.00 | 1,200.00 |
| Apr-02-19 | JPC | Draft and File Discovery Responses | 1.10 | $500.00 | 550.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JPC | Teleconference with Jon Goldberg | 0.60 | $500.00 | 300.00 |
| Apr-04-19 | JPC | Draft and Edit Discovery Responses | 1.10 | $500.00 | 550.00 |
| | JPC | Teleconference with Dr. and Mr. Goldberg | 0.30 | $500.00 | 150.00 |
| Apr-14-19 | MLC | Travel to Supreme Court Hearing | 1.00 | $350.00 | 0.00 |
| | MLC | Prepare for Supreme Court Hearing | 0.50 | $350.00 | 175.00 |
| | MLC | Attend Supreme Court Hearing | 1.00 | $350.00 | 0.00 |
| | MLC | Travel Back from Supreme Court | 2.50 | $350.00 | 0.00 |
| | MLC | Discuss Bankruptcy Matters | 0.80 | $350.00 | 280.00 |
| Apr-15-19 | JPC | Travel to and Prepare for Hearing | 2.60 | $500.00 | 1,300.00 |
| Apr-16-19 | JPC | Prepare for Hearing | 1.60 | $500.00 | 800.00 |
| | JPC | Court Appearance at Supreme Court | 1.60 | $500.00 | 800.00 |
| | JPC | Discussion of State Court Options and Return Travel | 1.40 | $500.00 | 700.00 |
| Apr-22-19 | JPC | Review and Respond to Requests for Admission | 1.20 | $500.00 | 600.00 |
| | MLC | Conference with Jim; Research Law re Admissions | 0.80 | $350.00 | 280.00 |
| May-02-19 | JPC | Hotel Costs Advanced for Oral Argument | 0.00 | $500.00 | 711.38 |
| | MLC | Draft Objections to Requests for Admissions | 1.20 | $350.00 | 420.00 |
| May-06-19 | MLC | Review Caselaw re Objections | 0.10 | $350.00 | 35.00 |
| May-10-19 | MLC | Review and Respond to Email from Opposing Counsel re Motion to Compel | 0.20 | $350.00 | 70.00 |
| May-16-19 | JPC | Review and Edit Opposition to Motion to Compel | 0.40 | $500.00 | 200.00 |
| | MLC | Draft Opposition to Motion to Compel | 2.10 | $350.00 | 735.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| May-17-19 | SLP | Edit, Finalize and Arrange for Delivery of Opposition to Motion to Compel | 0.80 | $175.00 | 140.00 |
| May-22-19 | JPC | Teleconference with Clients and Mr. Clark re Discovery | 0.40 | $500.00 | 200.00 |
|  | JPC | Teleconference with Mr. Rogan and Mr. Lee re Attorney-Client Privilege Issues | 0.60 | $500.00 | 300.00 |
|  | JPC | Teleconference with Mr. Rogan and Mr. Goldberg | 0.30 | $500.00 | 150.00 |
|  | MLC | Telephone Call to Conciliator; Conference with Jim | 1.20 | $350.00 | 420.00 |
| May-23-19 | MLC | Conference with JPC; telephone call to Conciliator re: Motion to Compel; telephone call from Rogan | 0.90 | $350.00 | 315.00 |
| May-29-19 | MLC | Draft Affidavit and Order; Review and Respond to Emails from Opposing Counsel; Telephone Call from Client | 2.70 | $350.00 | 945.00 |
| May-30-19 | MLC | Email to Clients; Email to Opposing Counsel; Review and Respond to Email from Opposing Counsel; Telephone Call to CR | 2.10 | $350.00 | 735.00 |
| Jun-04-19 | MLC | Correspond with Chris Rogan and Opposing Counsel re Motion to Compel | 0.30 | $350.00 | 105.00 |
| Jun-06-19 | MLC | Email to Chris Rogan | 0.40 | $350.00 | 140.00 |
| Jun-07-19 | MLC | Review and Respond to Email from Opposing Counsel; Telephone Conference with Chris Rogan | 1.40 | $350.00 | 490.00 |
| Jun-21-19 | MLC | Review Draft Language re Discovery | 0.20 | $350.00 | 70.00 |
| Jun-25-19 | MLC | Telephone Call from Client | 0.20 | $350.00 | 70.00 |
| Jun-28-19 | MLC | Draft Supplemental Discovery Responses | 1.80 | $350.00 | 630.00 |
|  | SLP | scan and bates label bank statements; edit letter to opposing counsel | 0.60 | $175.00 | 105.00 |
| Jul-01-19 | MLC | Review and Respond to Correspondence from Opposing Counsel; Review File | 1.60 | $350.00 | 560.00 |
| Jul-02-19 | MLC | Email to Chris Rogan; Email to Opposing Counsel | 0.60 | $350.00 | 210.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jul-03-19 | MLC | Respond to Opposing Counsel | 0.10 | $350.00 | 35.00 |
| Jul-15-19 | JPC | Review and Edit Discovery Requests | 0.70 | $500.00 | 350.00 |
| | SLP | draft first interrogatories and requests for production to plaintiff | 0.90 | $175.00 | 157.50 |
| Jul-16-19 | MLC | Review Discovery | 0.30 | $350.00 | 105.00 |
| | SLP | edit and finalize discovery to plaintiffs | 0.60 | $175.00 | 105.00 |
| Jul-17-19 | JPC | Conference Call with Opposing Counsel | 0.30 | $500.00 | 150.00 |
| | MLC | Draft Motion for Protective Order and Response in Opposition to Motion to Compel | 4.40 | $350.00 | 1,540.00 |
| | SLP | edit and finalize letter to opposing counsel; praecipe for response and motion for protective order | 0.20 | $175.00 | 35.00 |
| Jul-19-19 | SLP | prepare praecipe continuing motion for protective order | 0.20 | $175.00 | 35.00 |
| Jul-22-19 | MLC | Telephone Call to Chambers; Review Order | 0.30 | $350.00 | 105.00 |
| | | **Totals** | 54.30 | | $20,833.88 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Mar-26-19 | Federal Express on 3/21/19 to Clerk, Fairfax County Circuit Court | 19.41 |
| May-17-19 | Costs advanced - Cavalier Courier | 85.00 |
| Jul-23-19 | Federal Express on 7/17/19 to Clerk, Fairfax County | 19.41 |
| | **Totals** | $123.82 |

**Total Fee & Disbursements** $20,957.70  
Previous Balance 34,050.98  

**Balance Now Due** $55,008.68

# CAMPBELL FLANNERY, PC
1602 Village Market Boulevard, Suite 225
Leesburg, VA 20175

Ph:703-771-8344              Fax:703-771-8345

Jon & Felicia Goldberg                                       September 5, 2019
100 West Main Street #3
Berryville, VA 22611

*$22,862.50 = HB*

File #:      1278-001
Inv #:       1950

**RE:**   v. Michael Handberg

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Aug-01-19 | JPC | Review Motion to Amend by Handberg | 0.30 | $500.00 | 150.00 |
| | JPC | Teleconference with Mr. Clark | 0.30 | $500.00 | 150.00 |
| | JPC | Teleconference with Mr. Goldberg | 0.50 | $500.00 | 250.00 |
| | MLC | Review Motion to Amend; Conference with Jim; REview Successor Liability Case Law | 3.80 | $350.00 | 1,330.00 |
| | SLP | prepare and forward notice of deposition; arrange for court reporter | 0.20 | $175.00 | 35.00 |
| Aug-02-19 | MLC | Create Template for Case Law Analysis | 0.30 | $350.00 | 105.00 |
| Aug-06-19 | JPC | Teleconference with Dr. Goldberg Regarding Consent to Amendment and Trial Preparation | 0.60 | $500.00 | 300.00 |
| | MLC | Conference with Client and Jim; Conference with Jim and Chris Rogan | 1.00 | $350.00 | 350.00 |
| Aug-07-19 | MLC | Telephone Call from Client; Draft Deficiency Letter | 1.00 | $350.00 | 350.00 |
| Aug-08-19 | JPC | Review of Handberg Discovery Responses and Documents Produced | 1.80 | $500.00 | 900.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | MLC | Email to Opposing Counsel and Clients; Review Discovery Production | 3.30 | $350.00 | 1,155.00 |
| Aug-09-19 | MLC | Review Discovery Production; Draft Deficiency Letter | 3.10 | $350.00 | 1,085.00 |
| Aug-12-19 | JPC | Prepare Letters and Emails to Opposing Counsel re Handberg's Deposition | 0.90 | $500.00 | 450.00 |
| | JPC | Trial and Deposition Preparation with Clients and Matthew | 2.80 | $500.00 | 1,400.00 |
| | MLC | Prepare for Client Meeting; Conference with Client/Deposition Preparation; Review and Respond to Email from Opposing Counsel | 5.40 | $350.00 | 1,890.00 |
| Aug-14-19 | MLC | Draft Discovery Dispute Chart | 0.30 | $350.00 | 105.00 |
| Aug-15-19 | MLC | Conference with Client re Deposition Preparation | 2.30 | $350.00 | 805.00 |
| Aug-16-19 | MLC | Travel to and from the Circuit Court of Fairfax County; Attend Hearing on Motion to Compel; Conference with Jim and Chris Rogan | 6.20 | $350.00 | 2,170.00 |
| Aug-19-19 | JPC | Travel to and Attend Dr. Goldberg's Depo; Return Travel | 4.20 | $500.00 | 2,100.00 |
| | MLC | Telephone Call from Jim | 0.20 | $350.00 | 70.00 |
| Aug-20-19 | JPC | Preparation for Deposition | 1.20 | $500.00 | 600.00 |
| | JPC | Conduct Handberg Deposition | 3.20 | $500.00 | 1,600.00 |
| | MLC | Preparation for Deposition; Deposition of M. Handberg; Draft Letter to Opposing Counsel | 4.10 | $350.00 | 1,435.00 |
| | SLP | prepare exhibits for deposition | 0.80 | $175.00 | 140.00 |
| Aug-21-19 | MLC | Review and Respond to Client Email; Review Documents | 0.30 | $350.00 | 105.00 |
| Aug-22-19 | JPC | Review of Supreme Court Decision | 0.40 | $500.00 | 200.00 |
| | JPC | Conference with Matthew and Suzy | 0.60 | $500.00 | 300.00 |
| | JPC | Conference with Chris Rogan | 0.50 | $500.00 | 250.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JPC | Conference with Clients | 0.50 | $500.00 | 250.00 |
| | MLC | Conference Call with Jim and Chris Rogan | 0.50 | $350.00 | 175.00 |
| | SLP | conference with JPC, MLC and CLR re supreme court decision and next steps | 0.90 | $175.00 | 157.50 |
| | SLP | prepare subpoena duces tecum to RoganMiller Zimmerman; forward to eric zimmerman | 0.40 | $175.00 | 70.00 |
| | SLP | review files from david duff | 0.30 | $175.00 | 52.50 |
| Aug-23-19 | MLC | Conferences with Jim; Review File | 0.80 | $350.00 | 280.00 |
| | MLC | Review Supplemental Discovery | 0.20 | $350.00 | 70.00 |
| | SLP | prepare supplemental discovery response | 0.30 | $175.00 | 52.50 |
| Aug-26-19 | MLC | Conf. with JPC & client; Draft Motion to Compel | 1.90 | $350.00 | 665.00 |
| Aug-27-19 | MLC | Draft Motion to Compel | 3.40 | $350.00 | 1,190.00 |
| Aug-28-19 | MLC | Draft Motion to Compel | 1.20 | $350.00 | 420.00 |
| Aug-29-19 | MLC | Finalize Motion to Compel | 2.50 | $350.00 | 875.00 |
| | SLP | prepare answer to amended complaint; finalize and forward to court and opposing counsel | 0.90 | $175.00 | 157.50 |
| | Totals | | 63.40 | | $24,195.00 |

*handwritten:* −1332.50 appeal
*handwritten:* $22,862.50

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jul-30-19 | Federal Express on 7/19/19 to Clerk, Fairfax County | 19.41 |
| | Totals | $19.41 |

**Total Fee & Disbursements**      $24,214.41
Previous Balance      55,008.68

**Balance Now Due**      $79,223.09

# CAMPBELL FLANNERY, PC
1602 Village Market Boulevard, Suite 225
Leesburg, VA 20175

Ph:703-771-8344          Fax:703-771-8345

Jon & Felicia Goldberg                                              September 5, 2019
100 West Main Street #3
Berryville, VA 22611

File #:     1278-002
Inv #:         1951

**RE:**     Appeal

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Aug-27-19 | MLC | Review Decision; Conference Call with Jim and Chris Rogan | 2.50 | $350.00 | 875.00 |
| | Totals | | 2.50 | | $875.00 |
| | **Total Fee & Disbursements** | | | | **$875.00** |
| | **Balance Now Due** | | | | **$875.00** |