# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re: )
)
THE MORGAN CENTER, ) Case No. 19-13278-BFK
) Chapter 7
)
Debtor. )
_____ )

## ORDER OF REASSIGNMENT

**IT IS ORDERED** that the above-captioned case be reassigned to the Honorable Klinette H. Kindred.

The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Jul 14 2020

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: July 15, 2020

Copies to:

Ann E. Schmitt
Culbert & Schmitt, PLLC
40834 Graydon Manor Lane
Leesburg, VA 20175
*Counsel for the Debtor*

The Morgan Center, Inc.
100 West Main St.
Berryville, VA 22611
*Chapter 7 Debtor*

Felicia Goldberg
100 W. Main St.
Berryville, VA 22611
*Debtor Designee*

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 333
Leesburg, VA 20176
*Counsel for the Debtor Designee*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726
*Chapter 7 Trustee*

The Hon. Klinette H. Kindred